UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WCC REALTY LLC, a Washington limited liability company; and WCC OPERATOR LLC, a Washington limited liability company,<br><br>                Plaintiffs,<br><br>v.<br><br>MCCALLEN & SONS, INC, as Receiver for WASHINGTON CARE SERVICES and SOUTHEAST CARE CENTER FACILITY, Washington non-profit corporations,<br><br>                Defendant. | CASE NO: 2:22-cv-234-RSM-JRC<br><br>MODIFIED ORDER GRANTING STIPULATED MOTION TO DISMISS |

Before the Court is the parties' Stipulated Motion to Dismiss. The parties stipulate and request that the Court dismiss this matter with prejudice and without awarding either party attorneys' fees or costs. Pursuant to Federal Rule of Civil Procedure 41 and the joint wishes of the parties, the Court finds good cause to grant the motion and dismiss this case.

Accordingly, IT IS HEREBY ORDERED:

1. The Parties' Stipulated Motion to Dismiss (Dkt. #36) is GRANTED.

MODIFIED ORDER OF DISMISSAL – 1

2. The Receiver's Motion to Dismiss Pursuant to FRCP 12(b)(1) or for Abstention and Dismissal (Dkt. #9) is DENIED as moot.

3. The Report and Recommendation (Dkt. #32) of the Honorable J. Richard Creatura, Chief United States Magistrate Judge, is NOT ADOPTED.

4. Plaintiffs WCC Realty LLC and WCC Operator LLC's Objections to May 11, 2022 Report and Recommendation (Dkt. #33) and Receiver's responses thereto (Dkt. #34) are OVERRULED as moot.

5. This matter is DISMISSED with prejudice and without attorneys' fees or costs to any party and is CLOSED.

DATED this 21st day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE